# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

——————

No. 15-41686
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
September 25, 2019

Lyle W. Cayce
Clerk

——————

UNITED STATES OF AMERICA,

Plaintiff−Appellee,

versus

ANSELMO SOLANO-CRUZ,

Defendant−Appellant.

——————————

Appeal from the United States District Court
for the Southern District of Texas
No. 7:15-CR-1080-1

——————————

No. 15-41686

## ON REMAND FROM THE UNITED STATES SUPREME COURT

Before DAVIS, SMITH, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

On remand from the Supreme Court for further consideration in light of *Sessions v. Dimaya*, 138 S. Ct. 1204, 1212 (2018), the attorney appointed to represent Anselmo Solano-Cruz moves to withdraw and has filed a brief per *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Solano-Cruz has not filed a response.

We have reviewed counsel's brief and the relevant portions of the record. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

2